THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jimmy H. Causey #2, Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-143
Submitted March 1, 2006  Filed March 13, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jimmy H. Causey appeals his convictions and sentences for first-degree burglary, armed robbery, and three counts of kidnapping.  Counsel for Causey attached to the final brief a petition to be relieved as counsel.  Causey did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Causeys appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1]        We decide this case without oral argument pursuant to Rule 215, SCACR.